IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
_____
                                   )
SMC CONCRETE CONSTRUCTION,         )
INCORPORATED,                      )
                                   )
            Plaintiff,             )
                                   )
v.                                 )    Civil Action No. 05-1204
                                   )
THE DONOHOE COMPANIES,             )
INCORPORATED,                      )
                                   )
            Defendant.             )
_____)
```

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6). It appearing to the Court that Plaintiff's Complaint states a claim upon which relief can be granted and states circumstances constituting fraud or mistake with sufficient particularity, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 9, 2005